**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 27, 2019

By ECF

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: United States v. Hector Lopez
1:16 CR 94 (PAE)

Dear Judge Engelmayer:

With the consent of the Government, I write to request an adjournment of Mr. Lopez's January 8 VOSR hearing to any day the weeks of January 13 (except January 13), January 20 (except January 23) or January 27 (except January 30). I make this request because I will be out of the jurisdiction on January 8 and unavailable the rest of that week.

Respectfully submitted,

___/s/_____
Zawadi Baharanyi
Assistant Federal Defender
212-417-8735

cc: Max Nicholas
Assistant United States Attorney
(by ECF)

The VOSR hearing is adjourned to January 29, 2020 at 4:00 pm. SO ORDERED.

PAUL A. ENGELMAYER   12/27/19
United States District Judge