

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 5, 2020

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Hector Melendez Lopez*, 16 Cr. 94 (PAE)

Dear Judge Engelmayer:

    The Government respectfully submits this letter to correct an error in its letter brief filed on May 5, 2020, in response to the defendant's bail application. (Dkt. No. 76). In its letter, the Government indicated that it had not yet been ordered to respond to the defendant's bail application that he simultaneously filed in his pending illegal re-entry case, 20 Cr. 65 (AT). However, the Government has, in fact, been ordered by Judge Torres to file a response in that matter, which the Government filed on May 5, 2020. (20 Cr. 65 (AT), Dkt. No. 21).

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: *[signature]*
Mitzi S. Steiner
Assistant United States Attorney
(212) 637-2284

---

The Court **GRANTS** the defendant's release, on the same terms and for the same reasons given by Judge Torres. See Dkt. No. 25 in 20 Cr. 65 (AT). The Clerk of Court is requested to terminate the motions at Dkt. Nos. 73, 76 & 77.

SO ORDERED.    5/11/2020

*[signature]*
PAUL A. ENGELMAYER
United States District Judge

CC: Zawadi S. Baharanyi
    Counsel for Hector Melendez Lopez (Ramon Antonio Mendez Urena)